AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF
## MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORRES, ZULEIMA REYES and
SANTIAGO ARROYO

## CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0500 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my
knowledge and belief. In or about December 2003 and continuing ___ in MIDDLESEX AND WORCESTER county, in the
to in or about October 2004

_____ District of    MASSACHUSETTS    defendant(s) did, (Track Statutory Language of Offense)
CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING
A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846, 841(a)(1) _____ .

I further state that I am a(n) _____ SPECIAL AGENT, DEA _____ and that this complaint is based on the following
                                          Official Title

facts:
SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004    at 6.55 pm    at    BOSTON, MASSACHUSETTS
_____                                          City and State
Date

_____                    _____
ROBERT B. COLLINGS                                          Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA_____

City _____    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mj500_
                                 Same Defendant _____    New Defendant _____
                                 Magistrate Judge Case Number _____    (01)
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JULIO CARRION SANTIAGO_____    Juvenile    ☐ Yes    ☒ No

Alias Name __MACHO_____

Address __264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): __1959__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                              _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect: __SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __OCTOBER 14, 2004__    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** I _____ **Investigating Agency** DEA _____

**City** _____          **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____ Case No. 04mJ500
                                Same Defendant _____ New Defendant _____ (W2)
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number  _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  PEDRO ALBERTO MIRANDA _____  Juvenile [ ] Yes [X] No

Alias Name  TAVO _____

Address  212 WILDER ST., LOWELL, MA _____

Birth date (Year only):  1969  SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

Defense Counsel if known: _____  Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE CASPER _____  Bar Number if applicable _____

Interpreter:    [X] Yes [ ] No        List language and/or dialect:    SPANISH _____

Matter to be SEALED:    [X] Yes  [ ] No

        [X] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    [X] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____ [ ] Misdemeanor _____ [X] Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** Denise G. Casper

**JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse**

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** _____   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. 04mj 500
                                  Same Defendant _____   New Defendant _____ (03)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** REYNALDO RIVERA _____   Juvenile   ☐ Yes   ☒ No

**Alias Name** REY _____

**Address** 235 18TH ST., APT 204 DRACUT, MA _____

**Birth date (Year only):** 1978   **SSN (last 4 #):** ____   **Sex** ___   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE CASPER _____   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** SPANISH _____

**Matter to be SEALED:** ☒ Yes ☐ No

     ☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004     **Signature of AUSA:** Denise Q. Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    REYNALDO RIVERA

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04-MJ-500
                                 Same Defendant _____    New Defendant _____    (04)
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  261 AILEEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only): 1962  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                        _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: SPANISH _____

Matter to be SEALED:  ☒ Yes  ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    JOSE RODRIGUEZ _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. I _____    Investigating Agency  DEA _____

**City** _____    **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04MJ 500
Same Defendant _____    New Defendant _____ (05)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only):  1964  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE CASPER _____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  OCTOBER 14, 2004    Signature of AUSA:  Denise G. Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     ENRIQUE AGOSTO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

Place of Offense: _____     Category No. __I_____     Investigating Agency __DEA_____

City _____     **Related Case Information:**

County __MIDDLESEX/WORCESTER__     Superseding Ind./ Inf. _____     Case No. _04mJ 500_
                                   Same Defendant _____     New Defendant _____   _(06)_
                                   Magistrate Judge Case Number    _____
                                   Search Warrant Case Number      _____
                                   R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name __JOSE TORRADO_____     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): __1980__  SSN (last 4 #): _____  Sex ____  Race: _____  Nationality: _____

Defense Counsel if known: _____     Address: _____
                                                          _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:  __SPANISH_____

Matter to be SEALED:  ☒ Yes  ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint     ☐ Information     ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  **OCTOBER 14, 2004**     Signature of AUSA: _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE TORRADO** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA_____

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mJ500_

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____    (07)

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS SANCHEZ_____    Juvenile ☐ Yes ☒ No

Alias Name __CARLITOS_____

Address __270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only): __1982__ SSN (last 4 #): _____ Sex __ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __SPANISH_____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document: ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __OCTOBER 14, 2004__    Signature of AUSA: _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     CARLOS SANCHEZ** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. __04-500__
                                  Same Defendant _____    New Defendant _____ (08)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __LUIS R. SANCHEZ__    Juvenile  ☐ Yes  ☒ No

Alias Name __PITO__

Address __427 ROSEWOOD LANE, LOWELL, MA__

Birth date (Year only): __1974__  SSN (last 4 #): _____ Sex __ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:    __SPANISH__

Matter to be SEALED:  ☒ Yes  ☐ No

        ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **LUIS R. SANCHEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _____    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04mj500_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

(09)

**Defendant Information:**

Defendant Name _EDWIN TORREZ_____    Juvenile    [ ] Yes    [X] No

Alias Name _____

Address _219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): _1965_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    [X] Yes [ ] No    List language and/or dialect:    _SPANISH_____

Matter to be SEALED:    [X] Yes    [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    [X] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeanor _____    [X] Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     EDWIN TORREZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℀JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./Inf. _____    Case No. 04mJ500
Same Defendant _____    New Defendant _____ (10)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ZULEIMA REYES _____    Juvenile ☐ Yes ☒ No

Alias Name  LINDA _____

Address  10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only):  1979  SSN (last 4 #): ____  Sex ____  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: SPANISH _____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 ____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA** *Denise J. Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     ZULEIMA REYES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** _____  **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____  Case No. 04mj500
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SANTIAGO ARROYO _____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE _____

Birth date (Year only): 1983   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** SPANISH _____

**Matter to be SEALED:** ☒ Yes ☐ No

        ☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** OCTOBER 14, 2004        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**